1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOSE MAGANA,                                    1:09-cv-01554-DLB (HC)

10                              Petitioner,

                                                 ORDER AUTHORIZING IN FORMA
11          v.                                   PAUPERIS STATUS

12
   J. HARLEY, Warden
13
                            Respondent.
14  _____/

15

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED

    to proceed *in forma pauperis*.
19

20
          IT IS SO ORDERED.
21
       **Dated:**    __September 25, 2009__          _____/s/ **Dennis L. Beck**_____
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                           1