# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAGANA, | 1:09-cv-01554-AWI-DLB (HC) |
|     Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT EXHIBITS REFERENCED IN MOTION TO DISMISS |
|     v. | |
| J. HARLEY, Warden | [Doc. 14] |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 25, 2009, Respondent filed a motion to dismiss the instant petition. (Court Doc. 14.) In the motion, Respondent references Exhibits which are not attached to the Motion nor lodged with the Court. Accordingly, it is HEREBY ORDERED that within **ten (10)** days from the date of service of this order, Respondent shall submit the Exhibits referenced in the Motion to Dismiss.

    IT IS SO ORDERED.

    Dated:   **January 8, 2010**                     /s/ Dennis L. Beck
                                                               UNITED STATES MAGISTRATE JUDGE